IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY WALD | : | CIVIL ACTION |
| v. | : | |
| 1 FINANCIAL MARKETPLACE SECURITIES, LLC and KEVIN ROSS | : : | NO. 091116 |

O R D E R

**AND NOW**, this     day of OCTOBER, 2009, upon consideration of Defendants' Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 7), Plaintiff's Response, Defendants' Reply and Plaintiff's Sur-reply, IT IS HEREBY ORDERED that the Motion is GRANTED and this dispute shall be submitted to FINRA Arbitration and the action is STAYED pending completion of the Arbitration.

s/William H. Yohn Jr.
William H. Yohn, Jr., Judge